**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Western District of Texas | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**CalTex Water, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1516112** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3310 S. Fulton Ave.**<br>**Odessa, TX**<br>ZIP Code **79766** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Ector** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ 1-49 | ■ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| B1 (Official Form 1)(04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**CalTex Water, LLC** | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>    Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)      Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **CalTex Water, LLC** |

**Signatures**

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ JAMES S. WILKINS**
Signature of Attorney for Debtor(s)

**JAMES S. WILKINS 21486500**
Printed Name of Attorney for Debtor(s)

**JAMES S. WILKINS**
Firm Name

**WILLIS & WILKINS, L.L.P.**
**711 Navarro Street, Suite 711**
**San Antonio, TX 78205**
Address

Email: jwilkins@stic.net
**210-271-9212 Fax: 210-271-9389**
Telephone Number

**October 2, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brian T. Burris**
Signature of Authorized Individual

**Brian T. Burris**
Printed Name of Authorized Individual

**President of Candescent Services, LLC (100% owner of Debtor)**
Title of Authorized Individual

**October 2, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Texas

In re **CalTex Water, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AES Drilling Fluids<br>4605 Fielder St.<br>Midland, TX 79707 | AES Drilling Fluids<br>4605 Fielder St.<br>Midland, TX 79707 | Trade debt | | 16,409.81 |
| Austin Pump<br>P.O. Box 17037<br>Austin, TX 78760 | Austin Pump<br>P.O. Box 17037<br>Austin, TX 78760 | Trade debt | | 24,206.40 |
| East West (Michael)<br>157 Buffalo Road<br>Mifflinburg, PA 17844 | East West (Michael)<br>157 Buffalo Road<br>Mifflinburg, PA 17844 | Trade debt | | 35,000.00 |
| FCCI<br>P.O. Box 405563<br>Atlanta, GA 30384-5563 | FCCI<br>P.O. Box 405563<br>Atlanta, GA 30384-5563 | Trade debt | | 8,900.00 |
| First Corp.<br>5000 Kaltenbrun Rd.<br>Fort Worth, TX 76119 | First Corp.<br>5000 Kaltenbrun Rd.<br>Fort Worth, TX 76119 | Trade debt | | 11,525.00 |
| GiCon<br>P.O. Box 701<br>Lubbock, TX 79408-0701 | GiCon<br>P.O. Box 701<br>Lubbock, TX 79408-0701 | Trade debt | | 72,286.17 |
| Hanover<br>P.O. Box 580045<br>Charlotte, NC 28258-0045 | Hanover<br>P.O. Box 580045<br>Charlotte, NC 28258-0045 | Trade debt | | 8,748.00 |
| Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Service<br>Centralized Insolvency Office<br>P. O. Box 7346<br>Philadelphia, PA 19101-7346 | 941 taxes | | 600,000.00 |
| Mac Oilfield<br>1007 W. Dale St.<br>Winters, TX 79567 | Mac Oilfield<br>1007 W. Dale St.<br>Winters, TX 79567 | Trade debt | | 74,506.02 |
| Preferred Pump<br>1648 W. FM 2105<br>San Angelo, TX 76901 | Preferred Pump<br>1648 W. FM 2105<br>San Angelo, TX 76901 | Trade debt | | 163,410.97 |
| Rosco Moss Pipe<br>P.O. Box 31064<br>Los Angeles, CA 90031 | Rosco Moss Pipe<br>P.O. Box 31064<br>Los Angeles, CA 90031 | Trade debt | | 75,953.77 |

B4 (Official Form 4) (12/07) - Cont.

In re **CalTex Water, LLC** Case No.
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| San Angelo Supply Co.<br>P.O. Box 5110<br>San Angelo, TX 76902-5110 | San Angelo Supply Co.<br>P.O. Box 5110<br>San Angelo, TX 76902-5110 | Trade debt | | 16,595.81 |
| T&C/Susser Fuels<br>P.O. Box 3445<br>San Angelo, TX 76902-3445 | T&C/Susser Fuels<br>P.O. Box 3445<br>San Angelo, TX 76902-3445 | Judgment | | 130,639.39 |
| Texas Mutual<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | Texas Mutual<br>P.O. Box 841843<br>Dallas, TX 75284-1843 | Trade debt | | 12,000.00 |
| Tom Green Co. Tax Office<br>2302 Pulliam St.<br>San Angelo, TX 76905 | Tom Green Co. Tax Office<br>2302 Pulliam St.<br>San Angelo, TX 76905 | Trade debt | | 15,700.00 |
| United Rent/Nat. Pump<br>P.O. Box 840514<br>Dallas, TX 75284-0514 | United Rent/Nat. Pump<br>P.O. Box 840514<br>Dallas, TX 75284-0514 | Trade debt | | 50,942.16 |
| Wall CoOp<br>P.O. Box 198<br>Wall, TX 76957 | Wall CoOp<br>P.O. Box 198<br>Wall, TX 76957 | Trade debt | | 44,000.00 |
| West Texas Gas Bulk<br>P.O. Box 3514<br>Midland, TX 79702 | West Texas Gas Bulk<br>P.O. Box 3514<br>Midland, TX 79702 | Trade debt | | 33,244.09 |
| West Texas Gas Card<br>P. O. Box 51140<br>Midland, TX 79710-1140 | West Texas Gas Card<br>P. O. Box 51140<br>Midland, TX 79710-1140 | Trade debt | | 46,434.42 |
| WTG Fuels, Inc.<br>211 N. Colorado<br>Midland, TX 79701 | WTG Fuels, Inc.<br>211 N. Colorado<br>Midland, TX 79701 | Judgment | | 81,571.61 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of Candescent Servics, LLC (100% owner of Debtor) of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **October 2, 2015** Signature **/s/ Brian T. Burris**
**Brian T. Burris**
**President of Candescent Servics, LLC (100% owner of Debtor)**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Texas

In re  **CalTex Water, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of Candescent Servics, LLC (100% owner of Debtor) of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **October 2, 2015**

/s/ Brian T. Burris  
**Brian T. Burris**/**President of Candescent Servics, LLC (100% owner of Debtor)**  
Signer/Title

.

1st Community Federal Credit Union
3505 Wildewood Dr.
San Angelo, TX 76904


AES Drilling Fluids
4605 Fielder St.
Midland, TX 79707


Ally Financial
P. O. Box 380901
Minneapolis, MN 55438


Ameri Chem
1300 Fort Worth St.
Mansfield, TX 76063


Attorney General of the United States
Main Justice Building, Room 5111
10th and Constitution Ave., N.W.
Washington, DC 20530


Austin Pump
P.O. Box 17037
Austin, TX 78760


B & W Trailer
560 North Bell St.
San Angelo, TX 76902


Bank of the West
180 Montgomery Street
San Francisco, CA 94104


Bobby R. Wilson
4337 South Chadbourne St.
San Angelo, TX 76901


C & N Rathole
P.O. Box 847
Bridgeport, TX 76426


Candescent Services, LLC
3310 S. Fulton Ave.
Odessa, TX 79766

Carter Boyd Lisson
515 W. Harris Suite 100
San Angelo, TX 76903

Caterpillar Financial Services Corp.
2120 West End Avenue
Nashville, TN 37203

Chase
P.O. Box 901076
Fort Worth, TX 76101-2076

ChemTech
P.O. Box 1619
Levelland, TX 79336

Citizens State Bank
P.O. Box 305
Miles, TX 76861

Dunagin Services
P.O. Box 208
Merkel, TX 79536

East West (Michael)
157 Buffalo Road
Mifflinburg, PA 17844

Epsy Brothers
P.O. Box 1712
Pecos, TX 79772

Fast Line
1143 Gas Plant Road
San Angelo, TX 76904

FCCI
P.O. Box 405563
Atlanta, GA 30384-5563

First Corp.
5000 Kaltenbrun Rd.
Fort Worth, TX 76119

Fleet Pride
P.O. Box 847118
Dallas, TX 75284-7118


G. William Fowler, P.C.
3800 E. 42nd St., Suite 600
Odessa, TX 79762


GiCon
P.O. Box 701
Lubbock, TX 79408-0701


Hanover
P.O. Box 580045
Charlotte, NC 28258-0045


Harlow and Harlow
107 W. Twohig Avenue
San Angelo, TX 76903-6436


Hawkins Battery
1102 S. Oaks
San Angelo, TX 76903


HBG Advisors, Inc.
Attn: Scot Cockroft
P.O. Box 674
Prosper, TX 75078


Hose Power
50 Industrial Loop North
Orange Park, FL 32073


Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346


Interstate Billing
1025 5th Ave. SE
Decatur, AL 35601


Jett Specialty
211 Market Ave.
Boerne, TX 78006

Keys Bits
1696 FM 2568
Quanah, TX 79252


Knox Oilfield
P.O. Box 60065
San Angelo, TX 76906-0065


Kosub & Griffin, LLP
105 S. Main
P.O. Box 460
Eldorado, TX 76936


Kubota Financial
3401 Del Amo Blvd,
Torrance, CA 90503


Mac Oilfield
1007 W. Dale St.
Winters, TX 79567


Preferred Pump
1648 W. FM 2105
San Angelo, TX 76901


Rosco Moss Pipe
P.O. Box 31064
Los Angeles, CA 90031


San Angelo Supply Co.
P.O. Box 5110
San Angelo, TX 76902-5110


Schneiders
P.O. Box 1072
San Angelo, TX 76902


Scott and White
1206 West Campus Dr.
Temple, TX 76501


Stearns Bank, N.A.
Equipment Finance Division
P.O. Box 750
Albany, MN 56307-0750

```
T&C/Susser Fuels
P.O. Box 3445
San Angelo, TX 76902-3445


TD Auto Finance
P.O. Box 9223
Farmington, MI 48333-9223


Texas Mutual
P.O. Box 841843
Dallas, TX 75284-1843


Texas Workforce Commission
TWC Building- Regulatory Integrity Div.
101 East 15th Street
Austin, TX 78778


Thorp
P.O. Box 523
Mertzon, TX 76941


Tom Green Co. Tax Office
2302 Pulliam St.
San Angelo, TX 76905


Trans Pecos Instrument
P.O. Drawer 71
Pecos, TX 79772


United Rent/Nat. Pump
P.O. Box 840514
Dallas, TX 75284-0514


United States Attorney (IRS)
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


Wall CoOp
P.O. Box 198
Wall, TX 76957
```

Waterworks Technologies, Inc.
Attn: Len R. Sukovieff
2024 12th Avenue NW
Calgary   AB  T2N1J7


West Texas Gas Bulk
P.O. Box 3514
Midland, TX 79702


West Texas Gas Card
P. O. Box 51140
Midland, TX 79710-1140


Wilson Tire
1426 South Chadbourne
San Angelo, TX 76903-7512


WTG Fuels, Inc.
211 N. Colorado
Midland, TX 79701